**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.   3:16-cr-00154 |
| | ) | Judge Trauger |
| KIRK DOUGLAS WEST | ) | |
| | ) | |

## ORDER

It is hereby ORDERED that this case is set for a change of plea hearing on Wednesday,

September 14, 2016 at 10:30 a.m.

It is so **ORDERED**.

ENTER this 8th day of September 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

1